**Opinion issued October 7, 2025**



In The

# Court of Appeals

For The

# First District of Texas

———————————

## NO. 01-25-00819-CV

———————————

## IN RE HUSSMANN SERVICES CORPORATION
## AND HUSSMANN CORPORATION, Relators

---

### Original Proceeding on Petition for Writ of Mandamus

---

## MEMORANDUM OPINION

On October 7, 2025, relators Hussmann Services Corporation and Hussmann Corporation filed a petition for writ of mandamus challenging the trial court's oral denials of (1) Trent & Taylor's motion to withdraw as counsel, and (2) relators' motion for continuance of trial set for October 7, 2025.[1] In conjunction with the

---

[1] The underlying case is *Andrea Ariza-Rozo and Ferley Ariza, as Individuals and as Next Friends of A.A., Injured Minor, and also as Wrongful Death Beneficiaries of J.A., Deceased Minor v. Juan Napoles, Jr., Hussmann Corporation, and Hussmann Services Corporation*, cause number 2023-63315, pending in the 129th District Court of Harris County, Texas, the Honorable Michael Gomez presiding.

petition, relators filed an emergency motion to stay the trial pending our Court's decision on the mandamus petition. We deny the petition and dismiss the stay motion as moot.

**PER CURIAM**

Panel consists of Justices Rivas-Molloy, Caughey, and Johnson.